# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ALVIN D. AIKENS,                                                  PLAINTIFF
ADC #160951

CASE NO. 5:17-CV-247-JM/BD

V.

WENDY KELLEY and
FELICIA TAYLOR                                                 DEFENDANTS

## **ORDER**

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Aikens's claims for money damages against Defendant Taylor in her official capacity are DISMISSED, with prejudice. His claims against Defendant Kelley are DISMISSED, without prejudice.

IT IS SO ORDERED, this 23rd day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE