IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALVIN D. AIKENS,                                                                              PLAINTIFF
ADC #160951

V.                            CASE NO. 5:17-CV-247-JM-BD

WENDY KELLEY and
FELICIA TAYLOR                                                                              DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Aikens's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Taylor's motion for partial summary judgment (docket entry #17) is GRANTED. Mr. Aikens's deliberate indifference claim against Defendant Taylor is DISMISSED, with prejudice.

IT IS SO ORDERED, this 31st day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE