# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ALVIN D. AIKENS
ADC #160951

VS.                              Case No. 5:17-cv-00247-JM

FELICIA TAYLOR

## JUDGMENT ON JURY VERDICT

This action was tried October 12, 2021, before the Court and a jury, the Honorable James M. Moody Jr, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned its verdict on October 12, 2021 in favor of the defendant.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Alvin D. Aikens, take nothing on this complaint against Felicia Taylor and the same is hereby dismissed with prejudice.

Dated this 13th day of October, 2021.

_____
James M. Moody Jr.
United States District Judge